IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Danny R. Kennedy,                     ) | C/A No.  0:14-4628-JMC-PJG |
|                                     Plaintiff,       ) | |
| v.                                               ) | **ORDER** |
| Commissioner of Social Security ) Administration,                              ) | |
|                                    Defendant.    ) | |

       This civil action seeks review of a decision of the Commissioner of Social Security denying Plaintiff's application for Social Security Disability benefits and Supplemental Security Income Disability benefits. (ECF No. 1 at 1.) Under Local Civil Rule 73.02(B)(2) DSC, pretrial proceedings in this action have been referred to the assigned United States Magistrate Judge.

       Plaintiff's attorney submitted an Application to Proceed in District Court Without Prepaying Fees or Costs (Form AO240), which has been docketed as a motion for leave to proceed *in forma pauperis*. (ECF No. 3.) However, the motion does not contain Plaintiff's original signature and is instead signed electronically. Because Plaintiff is not a "filing user" under the Electronic Case Filing system, he must sign the motion in the traditional filing method. See Electronic Case Filing Policies and Procedures DSC §§ 1.3, 1.11 (May 12, 2006). Therefore, Plaintiff's attorney is directed to submit a motion with Plaintiff's original signature within fourteen days (14) from the date this order is issued.

**IT IS SO ORDERED**.

_____
Paige J. Gossett
UNITED STATES MAGISTRATE JUDGE

January 15, 2015
Columbia, South Carolina

Page 1 of  1